# Third District Court of Appeal

## State of Florida

Opinion filed January 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1352
Lower Tribunal No. 21-59
_____


**Raquel Quesada,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Law Group of South Florida, LLC, and Santino Ruiz, for appellant.

Dinsmore & Shohl LLP, and Kathryn L. Ender and Janice Lopez, for appellee.


Before SCALES, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. See Deshazior v. Safepoint Ins. Co., 305 So. 3d 752, 755 (Fla. 3d DCA 2020) (affirming summary judgment for insurer where insured presented no evidence as to cause of damages and thus failed to show that damages were not caused by excluded event and explaining that "a party when met by a motion for summary judgment should not be permitted by his [or her] own affidavit, or by that of another, to baldly repudiate his [or her] previous deposition so as to create a jury issue" (citation omitted)); see also Archer v. Tower Hill Signature Ins. Co., 313 So. 3d 645, 649 (Fla. 4th DCA 2021) (affirming summary judgment for insurer where insurer's field adjuster did not see any peril-created openings and insured offered only conclusory affidavits in opposition); Empire Pro Restoration, Inc. v. Citizens Prop. Ins. Corp., 322 So. 3d 96, 98 (Fla. 4th DCA 2021) (affirming summary judgment in favor of insurer where insured did not establish that roof opening was caused by covered peril and admitted not knowing what caused roof to leak); Fla. Windstorm Underwriting v. Gajwani, 934 So. 2d 501, 505–06 (Fla. 3d DCA 2005) (affirming summary judgment for insurer under similar policy where insureds "conceded that they could not offer any evidence of entry through openings in the roof or walls caused by Hurricane Irene").